## 53284. HAWKINS v. THE STATE.

WEBB, Judge.
Joseph Hawkins was convicted of possessing more than one ounce of marijuana (Code Ann. §§ 79A-811 (j), 79A-9917), and he now enumerates as error the general grounds of the motion for new trial and the sustaining of an objection to his testimony that he had never smoked a cigarette nor taken a drink of liquor. We affirm.

1. The evidence reveals that Hawkins rented and controlled the room where the marijuana was found, thus authorizing a finding of constructive possession. "In the absence of any circumstances to the contrary, a presumption arises from proof of ownership and control of premises, an automobile, or other property that the owner is in control and possession of contraband found therein." *Elrod v. State,* 128 Ga. App. 250, 251 (1) (196 SE2d 360) (1973). "The rooms rented to others became the habitation of those to whom they were rented." *Huff v. State,* 113 Ga. App. 257, 260 (147 SE2d 840) (1966).

2. The complaint that testimony by the defendant that he had never smoked a cigarette or taken a drink of liquor was disallowed is not well-founded. That same testimony had previously been admitted without objection. No reversible error appears in these circumstances. *Tripcony v. Pickett,* 132 Ga. App. 563 (1) (208 SE2d 574) (1974).

*Judgment affirmed. Deen, P. J., and Marshall, J., concur.*

SUBMITTED JANUARY 7, 1977 — DECIDED JANUARY 13, 1977.

*Thomas R. Bryan, Jr.,* for appellant.
*E. Mullins Whisnant, District Attorney, William J.*

*Smith, Assistant District Attorney,* for appellee.